UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAYELENE M. KILLGORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:10-CV-485-BLW<br><br>**ORDER** |

The Court has before it Plaintiff's Motion for Enlargement of Time (Dkt. 26) and Plaintiff's Motion for Disqualification (Dkt. 27). In her motion for enlargement of time, Plaintiffs asks for an additional 10 days to file her amended complaint. Good cause appearing, the Court will give Plaintiff until February 4, 2011 to file an amended complaint.

In her motion for disqualification, Plaintiff asks me to disqualify myself for alleged sympathies toward corporations and state litigants. The motion is without merit. Accordingly, it will be denied.

**ORDER**

**IT IS ORDERED:**

　1.　Plaintiff's Motion for Enlargement of Time (Dkt. 26) is **GRANTED**.

Plaintiff shall have until February 4, 2011 to file her amended complaint.

2. Plaintiff's Motion for Disqualification (Dkt. 27) is **DENIED**.

DATED: **January 28, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge